JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHMOUD KOBAISSI,<br><br>          Plaintiffs,<br><br>     vs.<br><br>CITY OF MONTEBELLO,<br><br>          Defendants. | CASE NO. CV 08-01997-MMM(VBKx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __45__ **days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: April 15, 2009

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE